WILLIAM H. ABELL et al., Respondents, *v.* THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, Appellant.

(Submitted October 27, 1885; decided November 24, 1885.)

*Rogers, Lock & Milburn* for appellant.

*Spencer Clinton* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.